JAMES LOFTUS v. BOARD OF CHOSEN FREEHOLDERS OF PASSAIC COUNTY.

Where the party appealing from the judgment of a District Court has failed to agree with his adversary on a state of the case, or to apply to the judge to settle the case, within fifteen days after the judgment, it is not erroneous in law for the Court of Common Pleas to dismiss the appeal.

On *certiorari.*

Argued at February Term, 1881, before Justices DIXON, REED and PARKER.

For the plaintiff in *certiorari, J. F. Cahill.*

The opinion of the court was delivered by

DIXON, J. It appears by the record that the plaintiff in *certiorari,* a judgment having been rendered against him in the District Court of the city of Paterson, appealed therefrom to the Common Pleas of Passaic county, but failed, for more than two months thereafter, either to agree with the other party on the state of the case or to apply to the District judge

to settle the case.   For this reason the Common Pleas dismissed the appeal.

The appellant was guilty of an omission to perfect and prosecute his appeal with such diligence as the law directs, (*Dist. Court Act*, § 173; *Rev.*, *p.* 1330); and no good cause being shown in excuse of his laches, the court was justified in dismissing his appeal.   *Lum* v. *Price*, 1 *Harr.* 195; *Howell* v. *Van Ness*, 2 *Vroom* 443.

Let the judgment be affirmed, with costs.